# EXHIBIT D

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TERESA RODRIGUEZ, individually and on behalf of other similarly situated individuals,<br><br>　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>SAZERAC COMPANY, INC. d/b/a STIRRINGS,<br><br>　　　　　　　Defendant. | Case No.: 2:24-cv-08206-RER-ST |

DECLARATION

OF

**MARC MEYERS**

March 1, 2025

　　　　I am Dr. Marc Meyers. I am a food scientist and member of Meyers Consulting, LLC ("Meyers Consulting"). I make this Declaration based upon my personal knowledge and under authority of 28 U.S.C. § 1746. If called upon to testify thereof, I could and would do so competently and truthfully. Pursuant to 28 U.S.C. § 1746, I declare:

**REQUIREMENTS OF RULE 26**

　　　　1.　　　　This Declaration contains (i) a complete statement of all opinions I will express and the basis and reasons for them, (ii) the facts or data I considered in forming them, and (iii) any exhibits that will be used to summarize or support them. Fed. R. Civ. P. 26(a)(2)(B)(i)-(iii).

　　　　2.　　　　My qualifications, including a list of all publications authored in the previous 10 years, are provided in Exhibit A to this Declaration. *See* Exhibit A, Curriculum Vitae; Fed. R.

Civ. P. 26(a)(2)(B)(iv).

3.  I have not testified as an expert at trial or at deposition in the previous four years. Fed. R. Civ. P. 26(a)(2)(B)(v).

4.  My fee schedule in this case is provided in Exhibit B to this Declaration. *See* Exhibit B, Fee Schedule; Fed. R. Civ. P. 26(a)(2)(B)(vi). My compensation in this matter is not dependent on the outcome of my findings or opinions offered, or on the outcome of this litigation.

## QUALIFICATIONS PURSUANT TO FED. R. CIV. P. 26(a)(2)(B)(iv)

5.  I have been a Food Scientist for over 30 years.

6.  Food science is the study of food and food ingredient properties and their interactions to develop a safe way of preserving, processing, storing, distributing, and packing food products.

7.  A Food Scientist works on product development applications that include all Food and Beverages such as baked goods, soft drinks, confectionery products, meats, dairy, formulated foods and other sweet, savory and beverage applications.

8.  Food scientists working in the private sector generally work in research and development departments of food companies, creating or modifying the company's food products.

A.  Education, Certifications, and Board Organizations

9.  I have a Doctor of Philosophy degree in Food Science/Food Packaging from Rutgers University (1987), a Masters in Philosophy degree in Food Science from Rutgers University (1985), a Masters of Science degree in Food Science/Food Packaging from Rutgers University (1984) and a Bachelors of Science degree in Food Science from Pennsylvania State University (1981).

2

10. While at Rutgers, my Masters and Doctorate research focused on developing new testing methods for starch enzyme activity and flavor interactions in food packaging, and specifically studies of food additives and ingredients when stored in packaging at normal and accelerated aging conditions.

11. I am also a Certified Food Scientist as accredited by the Institute of Food Technologists and the International Food Science Certification Commission (Certification #342).

12. I have been involved with a range of professional organizations as both a participant and a Board Member.

13. I have been a member of the Institute of Food Technologists ("IFT") since 1978 and have been a Professional Member since 1988.

14. The IFT is an international organization that is recognized for its membership of Food Scientists and conducts meetings and educational conferences focused on food ingredients.

15. I was a member of the American Association of Cereal Chemists ("AAC"), Controlled Release Society ("CRS") and American Association of Candy Technologists ("AACT"). These associations were specific to the food industry and provided opportunities for me to observe the way in which various companies utilize the technology, ingredients, and processes I have utilized in my own career.

16. I have been a member of the American Chemical Society (ACS) and held an Advisory Board Member position at Bioactives World Forum Scientific. These positions have allowed me to remain up to date on the most recent developments in food chemistry and food safety, such as new ingredients and applications coming to the market, and how they compare to current ingredients/applications.

17. At Bioactives World, I am the co-organizer of an annual short course on

microencapsulation in flavors and bioactives as well as hydrocolloids. This course covers many different uses of these technologies in food applications.[1]

    B.    <u>Work Experience</u>

18. I have over 20 years of industrial experience in assisting food, pharmaceutical, and dietary supplement companies in developing new technologies and products for their traditional food products, wellness ingredients, and supplements.

19. I have worked for many multinational companies as Vice President, Director, or Senior Manager levels. My various positions are all outlined in my CV in Exhibit A.

20. I have initiated, improved, or helped launch many products, such as Wrigley's edible film strips, M&M/Mars' heart-healthy aseptic cocoa drinks, Smart Balance/Earth Balance soymilk products, Natrol's Omega Solutions Cardio, Osteo, and Low Glycemic Carb Intercept, Pinnacle Foods' Duncan Hines Oven Ready Frozen Brownie Batter, and Pinnacle's Duncan Hines Whipped Frosting.

    C.    <u>Teaching Experience</u>

21. From 2009 through 2012, I was an Adjunct Professor of Food Science and Nutrition at Montclair State University, teaching Food and Nutrition courses and labs.

22. In addition, I have taught a course at Rutgers University on Nutraceuticals and Functional Foods, and at Drexel University teaching Food Chemistry and a course on Functional Food Science.

23. I have also been an adjunct faculty member at Hunter College-CUNY in New York City and Mercer County College in New Jersey.

---

[1] *Microencapsulation Technologies and Applications*, MICROENCAPSULATION SUMMIT, https://microencapsulation-summit.com/program/.

4

D. <u>Private Sector Consulting</u>

24. Since 2008 I have been, and currently am, the Managing Principal Research and Development Consultant of Meyers Consulting, LLC, of Richboro, Pennsylvania ("Meyers Consulting").

25. In this professional role, I have consulted with and/or have current consulting agreements with top multinational food, pharma, and dietary supplement companies, such as Johnson & Johnson/McNeil Nutritionals, ConAgra Foods, Kraft Foods Global, Smart Balance/Earth Balance (GFA Brands), DSM, Martek Biosciences, Senomyx, Microbia Precision Engineering, and other new technology and start-up biotech companies focused on the development and commercialization of new ingredients.

26. I routinely work with web-based organizations such as yourencore.com, ninesigma.com and innocentive.com as part of their Open Innovation communities to assist small domestic to major multinational Consumer Packaged Goods ("CPG") companies.

27. My services include developing new technologies in the areas of encapsulation arid hydrocolloid applications and providing Open Innovation New Product Development ("NPD").

28. I also provide expert witness services in the areas of patent infringement on cases related to food, dietary supplements, and flavors.

E. <u>Publications</u>

29. I have authored numerous papers, articles, and studies. *See* Exhibit A.

30. I was first author on the following works: "Flavor Release and Application in Chewing Gum and Confections" in Microencapsulation in the Food Industry: A Practical Implementation Guide, Chapter 34, pp.443-453, Academic Press/Elsevier San Diego, CA (2014 and updated 2nd Edition in 2023); "Functionality of Hydrocolloids in Batter Coating Systems" in

5

Batter and Breadings in Food Processing 2nd Edition, Chapter 7, pp.117-'138, American Association of Cereal Chemists, St. Paul, MN (2011); "Functionality of Hydrocolloids in Batter Coating Systems" in Batter and Breadings in Food Processing, Chapter 7, pp.117-141, American Association of Cereal Chemists, St. Paul, MN (1990); Book Review of Gums and Stabilizers for the Food Industry 4 in Food Technology, 43(12):130-131 (1989); "Characterization of Radioactive Starch Degradation by Rhizopus Glucoamylase" in Journal of Food Biochemistry, 9(3):231-247 (1985).

31. Accordingly, my work has been recognized in the industry since the 1980s. I recently completed and published an updated chapter for the 2nd Edition of the book on Food Microencapsulation which was published in 2023.

32. I have likewise presented papers at technical seminars. I continue to organize and present on technical courses regarding Microencapsulation and Hydrocolloid Technology in the US and Europe since 2009 (currently just in the U.S. after Covid).

33. For example, in the area of encapsulation technology, I have presented at numerous society meetings including the Controlled Release Society (CRS), IFT, AACC, ACS and Food Ingredients Europe (FIE).

34. I have also presented at an international conference on encapsulation of flavors for confectionery applications in Sion, Switzerland and at the Bioencapsulation Industrial Symposium in San Antonio, Texas[2] as part of the European Bioencapsulation Group industrial workshop.

35. I was invited to speak at these events based on the quality of my work and

---

[2] *14th Industrial Symposium on Mircoencapsulation and Vth Trade Fair*, BIOENCAPSULATION RESEARCH GROUP, https://bioencapsulation.net/?page=Meetings&subpage=Industrial-convention&code=2011_03_07.

contributions to my field.

F. <u>Patents</u>

36. I have been awarded 36 patents (19 U.S. patents and 17 foreign patents) in encapsulation technology, edible films, flavor technology, hydrocolloids and novel confectionery applications.

37. A select list of these patents and a more detailed account of my professional accomplishments and expertise are set forth in my current CV. *See* Exhibit A.

## ASSIGNMENT

38. I have been tasked with evaluating the function of citric acid in the varieties of the non-alcoholic cocktail mixers called "Stirrings". The company lists 17 cocktail mixer products-- and 15 of these contain added Citric Acid. These are shown at the following website link: https://stirrings.com/collections/mixers.

39. Here is the detailed list of Cocktail Mixers in my review:

   a. Stirrings® Margarita Cocktail Mix
   b. Stirrings® Old Fashioned Mix
   c. Stirrings® Blood Orange Cocktail Mix
   d. Stirrings® Paloma Mix
   e. Stirrings® Peach Bellini Mix
   f. Stirrings® 5 Calorie Margarita Mix
   g. Stirrings® Cosmopolitan Mix
   h. Stirrings® Apple Cocktail Mix
   i. Stirrings® Lemon Drop Cocktail Mix
   j. Stirrings® Pomegranate Cocktail Mix

7

    k. Stirrings® Sour Mix

    l. Stirrings® Mule Mix

    m. Stirrings® 5 Calorie Cosmopolitan Mix

    n. Stirrings® Mai Tai Mix

    o. Stirrings® Watermelon Cocktail Mix

40. Defendants Sazerac Company d/b/a Stirrings ("Stirrings"), ("Defendants") manufacture and sell the non-alcoholic cocktail mixers at issue in this lawsuit ("Products"), as listed above. Plaintiffs allege that Defendants falsely label these cocktail mixers as containing "No Preservatives" despite the fact that the Products **contain the preservative, citric acid.**

41. Plaintiffs allege that the "No Preservatives" claim is misleading to reasonable consumers, who are led to believe the Products are preservative free despite their inclusion of the citric acid preservative.

42. I have been asked to evaluate the function of citric acid in the Stirrings Cocktail Mixers, and provide my expert opinion on the preservative nature of this ingredient. Here is my review confirming the preservative nature of Citric Acid and supporting documentation:

**CITRIC ACID**

    A. <u>Functionality of Citric Acid</u>

43. Citric acid is often used for the effects it has in finished food and beverage products, including their preservative effects.

44. Citric acid utilizes several mechanisms by which it preserves food and beverages and alter their taste.

45. This is confirmed by scholarly treatises such as the Food Additives Data Book.

8

46. Citric acid is listed as an acidulant with the following uses in food:[3]

- Anti-caking agent
- Antioxidant
- Chelating agent
- Emulsifier
- Firming agent
- Flavor enhancer and modifier
- Flour and baking additive
- Glazing and coating agent
- Nutritive additive
- pH control agent
- Preservative
- Solvent
- Stabilizer

47. The effects from citric acid include: delaying spoilage from bacteria, mold, fungi, and yeast, delaying changes in color, flavor, texture and delaying browning and rancidity.[4]

48. With enough citric acid, these effects can be prevented over and above the shelf-life of a food product.

49. Citric acid has many functions including: that it impacts flavor and/or taste of products; it is a sequestrant; and it is recognized by the FDA as a preservative, among it's other functions.

   1. *Effect of Citric Acid on Taste*

50. Citric acid can affect the taste of products. However, some effects of citric acid, such as imparting changes to taste, only take place if there is a sufficient quantity of acid in the product.

51. If the level of acid is too low, the acid will not change the taste or flavor of the product.

---

[3] Jim Smith & and Lily Hong-Shum, *Food Additives Data Book*, John Wiley & Sons, 2011 at pp. 14, 36, 60, 880, 898.
[4] P. Michael Davidson, et al., *Antimicrobials in Food, 3rd ed.* at 95-136 (1993), http://base.dnsgb.com.ua/files/book/Agriculture/Foods/Antimicrobials-in-Food.pdf.

9

52. Notably, citric acid acts as preservatives at levels *below* the threshold required for them to affect the taste of a food product. Levels as low as 0.03% citric acid have been confirmed to have an effect on reducing the growth or stopping the growth of pathogenic microorganisms.[5] In threshold sensory studies for citric acid, which tested down to levels ranging from 0.003% to 0.10%, participants could not detect sourness of citric acid (recognition threshold) until 0.04% was reached.[6] Notably, this is higher than the level where citric acid shows effects on pathogens at 0.03%.[7] The Defendant claims the Citric Acid is used for flavoring, so it is assumed the use level is well above the 0.04% sensory taste threshold. Therefore, above the preservative effect level in the above study.

53. With a higher quantity of citric acid, this preservative effect will be more pronounced, but they still occur when low levels of acid are present.

54. Accordingly, if citric acid is impacting taste, then it is necessarily present in amounts high enough to be having a preservative effect.

B. Preservatives, pH Control Agents, and Acidulants as Defined by The FDA

55. Citric acid can have many roles at once, including that it is a preservative, acidity regulator, acidulant, and flavor enhancer used in food and food ingredients.

56. According to the FDA website, citric acid is listed in the category of preservatives

---

[5] *See* Bayan M. Abu-Ghazaleh, *Effects of Ascorbic Acid, Citric Acid, Lactic Acid, NaCl, Potassium Sorbate and Thymus Vulgaris Extract on Staphylococcus Aureus and Escherichia Coli*, Vol. 7(1) AFRICAN J. OF MICROBIOLOGY RESEARCH, p. 7-12, (Jan. 1, 2013).
[6] Paul L. Dawson, et al., *Effect of Temperature on the Intensity of Basic Tastes: Sweet, Salty and Sour*, Vol. 5(4), JOURNAL OF FOOD RESEARCH, p. 1-10 (June 27, 2016), https://www.researchgate.net/publication/304528846_Effect_of_Temperature_on_the_Intensity_of_Basic_Tastes_Sweet_Salty_and_Sour.
[7] Bayan M. Abu-Ghazaleh, *Effects of Ascorbic Acid, Citric Acid, Lactic Acid, NaCl, Potassium Sorbate and Thymus Vulgaris Extract on Staphylococcus Aureus and Escherichia Coli*, Vol. 7(1) AFRICAN J. OF MICROBIOLOGY RESEARCH, p. 7-12, (Jan. 1, 2013).

used to "prevent food spoilage from bacteria, molds, fungi or yeast" and slows and "prevents changes in color, flavor, or texture."[8] Citric acid is also listed for it's effect of preventing spoilage and therefore, having a preservative effect.[9]

57. The following table from the FDA's website lists the types of common food ingredients, their functions, why they are used, and some examples of the names that can be found on product labels.[10] Some ingredients have multiple functions:

| Types of Ingredients | What They Do | Examples of Uses | Ingredient Names that May be Found on Product Labels |
|---|---|---|---|
| Preservatives | Prevent food spoilage from bacteria, molds, fungi, or yeast (antimicrobials); slow or prevent changes in color, flavor, or texture and delay rancidity (antioxidants); maintain freshness | Fruit sauces and jellies, beverages, baked goods, cured meats, oils and margarines, cereals, dressings, snack foods, fruits and vegetables | Ascorbic acid, citric acid, sodium benzoate, calcium propionate, sodium erythorbate, sodium nitrite, calcium sorbate, potassium sorbate, BHA, BHT, EDTA, tocopherols (Vitamin E) |
| pH Control Agents and acidulants | Control acidity and alkalinity, prevent spoilage | Beverages, frozen desserts, chocolate, low acid canned foods, baking powder | Lactic acid, citric acid, ammonium hydroxide, sodium carbonate |

---

[8] *Types of Food Ingredients*, FDA (July 6, 2023), https://www.fda.gov/food/food-additives-and-gras-ingredients-information-consumers/types-food-ingredients.
[9] *Id.*
[10] *Id.*

*1. Acidity Regulation*

58. Most food and beverages are acidic, and one way that citric acid preserves food is by making food more acidic.

*2. Microbial Ingredients*

59. Citric acid is a direct antimicrobial and preserves food by acting as antimicrobial agent.[11] Citric Acid does this in several ways.

60. One mechanism by which citric acid kills microbes is by reducing the pH of products they are added to.

61. Microorganisms contaminating food generally multiply more slowly or not at all at lower pH levels (higher acidity).[12]

62. Citric acid is a "weak acid," meaning that a substantial amount of this acid in any acidic solution does not dissociate. Rather, citric acid transfers, intact, into the bacteria cells, resulting in far more damage to the cell walls and therefore resulting in inhibition to growth and destruction of the pathogens. It is beneficial that citric acid does not fully dissociate into ionic solutions while in food or beverages as it can more easily penetrate the cell walls of

---

[11] Riikka Juvonen, et al., *Microbiological Spoilage and Safety Risks In Non-Beer Beverages*, 2599 VIT RESEARCH NOTES (Jan., 2011), https://www.researchgate.net/publication/284508945_Microbiological_spoilage_and_safety_risks_in_non-beer_beverages; Ramadan Hassan, et al., *Effect of Some Organic Acids on Some Fungal Growth and Their Toxins Production*, Vol. 2(1) INTERNATIONAL J. OF ADVANCES IN BIOLOGY (Feb., 2015), https://www.academia.edu/13311131/EFFECT_OF_SOME_ORGANIC_ACIDS_ON_SOME_FUNGAL_GROWTH_AND_THEIR_TOXINS_PRODUCTION.

[12] P. Michael Davidson, et al., *Antimicrobials in Food, 3rd ed.* at 95-136 (1993), http://base.dnsgb.com.ua/files/book/Agriculture/Foods/Antimicrobials-in-Food.pdf; A.I. Nazer, et al., *Combinations of Food Antimicrobials at Low Levels to Inhibit the Growth of Salmonella Sv. Typhimurium: A Synergistic Effect?*, Vol. 22(5) FOOD MICROBIOLOGY, p. 391-98 (Oct., 2005), https://www.researchgate.net/publication/223081263_Combinaisons_of_food_antimicrobials_at_low_levels_to_inhibit_the_growth_of_Salmonella_sv_Typhimurium_A_synergistic_effect.

microorganisms and affect them negatively by slowing pathogenic growth or completely inhibiting growth. This effect weakens those organisms directly versus merely lowering the pH alone.[13]

### 3. *Sequestrant and Chelating Agent*

63. Citric acid is also a sequestrant and chelating agent. Through binding and sequestering metal ions that are pro-oxidants and can accelerate oxidation, citric acid functions as a chelator to bind these negative metal ions. In this role, citric acid is effectively acting as an indirect antioxidant and the degradation of food and beverages is slowed. Sequestration prevents food deteriorating chemical reactions, and it also retards microbial growth, which are functions of a preservative. Citric acid can perform this function even at levels as low as 10-100 ppm (.001% to .01%), which are lower levels of citric acid than are found in the Products at issue.[14]

### 4. *Antioxidant*

64. Citric acid is used as an antioxidant indirectly by chelating metal ions that catalyze oxidation.[15]

65. Scientific literature recognizes that sequestration of metal ions is a direct antioxidant method, along with free radical scavenging.

---

[13] R.J. Lambert & M. Stratford, *Weak-Acid Preservatives: Modelling Microbial Inhibition and Response*, J. of Applied Microbiology 86.1 (1999): 157-164; Querol, Amparo & Graham H. Fleet, *Yeasts in Food and Beverages*, THE YEAST HANDBOOK (2006), pp. 131-32; D. C. Spray & M. V. L. Bennett, *Physiology and Pharmacology of Gap Junctions*, Vol. 47 ANNUAL REVIEW OF PHYSIOLOGY, 281-303 (1985).

[14] *Sequestrants Citric Acid*, BIG CHEMICAL ENCYCLOPEDIA, p. 213, https://chempedia.info/info/sequestrants_citric_acid/#:~:text=The%20addition%20of%20citric%20acidor%20phosphoric%20acidto%20the,the%20oil-clay%20mixture%20is%20maintained%20at%20about%200.1%25.

[15] *Sequestrants Citric Acid*, BIG CHEMICAL ENCYCLOPEDIA, p. 116, https://chempedia.info/info/sequestrants_citric_acid/#:~:text=The%20addition%20of%20citric%20acidor%20phosphoric%20acidto%20the,the%20oil-clay%20mixture%20is%20maintained%20at%20about%200.1%25.

66. This contrasts with catalytic and/or metabolic antioxidant mechanisms or an indirect antioxidant method, when compared with free radical scavenging.

67. In its capacity as an antioxidant, citric acid has this additional preservative effect in food and beverages.

68. Citric acid's ability to lower the pH of foods and beverages is further exhibited in the below table, which stems from a study regarding carbonated beverages. Just as in the Products, the pH of beverage products is likewise lowered due to the inclusion of citric acid.[16]

*pH range finding*

*The following range of acid levels was evaluated. Levels expressed ready to drink.*

|        | Reference | 1      | 2      | 3      | 4      | 5      | 6      |
|--------|-----------|--------|--------|--------|--------|--------|--------|
| Citric | 0.1400    | -      | -      | -      | -      | -      | -      |
| SAS    | -         | 0.0600 | 0.0800 | 0.1000 | 0.1200 | 0.1400 | 0.1600 |
| Citrate| 0.0400    | 0.0400 | 0.0400 | 0.0400 | 0.0400 | 0.0400 | 0.0400 |
| pH     | 3.2       | 3.8    | 3.2    | 3.0    | 2.9    | 2.7    | 2.6    |

69. This table shows that in a water solution ("Reference" for column 1 only), adding 0.14% citric acid will lower the pH to 3.2. Citric acid's ability to lower pH across multiple product types, including in beverages, and therefore, the pH lowering effect is by definition by the FDA, **a preservative effect.**

## CITRIC ACID AS A FLAVORANT FOR TARTNESS AND SOURNESS EFFECTS

70. As mentioned, citric acid has many effects. This includes the definition of an

---

[16] *Evaluation Of Sodium Acid Sulfate In A Model Carbonated Beverage*, REPORT PREPARED FOR JONES HAMILTON (Aug., 2002), https://www.jones-hamilton.com/wp-content/uploads/2020/04/Evaluation_of_Sodium_Acid_Sulfate_in_a_Model_Carbonated_Beverage.pdf.

14

acidulant, as an ingredient that provides a tart, sour, or acidic flavor, is true. However, an acidulant, as defined by the FDA in the FDA chart provided, will also affect lowering the pH and controlling/stabilizing the pH to prevent and/or inhibit spoilage and pathogenic organisms from growing in food products, such as the Stirrings Cocktail Mixer Products.

71. In my experience, citric acid is often used to help with a product's flavor profile, which for these Products as on the label "For Flavor" would be characterized as providing "sourness" or "tanginess" or to accentuate the other fruit, citrus, etc. flavors of the cocktail mix.

72. This is relevant because the citric acid provides tang, and complement the fruitiness and other flavor profiles of the 15 Stirrings Cocktail Mixer Products.

73. However, the pH-lowering ability of citric acid also makes it function as an acidulant (and therefore, a preservative); and it controls the growth of microorganisms. An acidulant lowers the pH, and by definition, lowering the pH **is a method of preservation**. Therefore, the Products do contain a preservative and cannot meet the "No Preservatives" claim because citric acid is above the taste threshold, and therefore, is present in sufficient quantities to lower the pH; and have a preservation effect.

74. Specifically, citric acid serves multiple purposes as a preservative, acidifier, as flavoring agent, and as an antioxidant.

75. Food scientists consider the cumulative effect of all risks to the integrity of food.

76. The best practice when designing production systems is to impose many "hurdles" to degradation.[17] The Stirrings products appear to use a "hot fill and hold" method as

---

[17] Mohammad Shafiur Rahman, *Hurdle Technology In Food Preservation*, MINIMALLY PROCESSED FOODS, p. 17-33 (Oct., 2015), https://www.researchgate.net/publication/301930970_Hurdle_Technology_in_Food_Preservatio

the kill step—but that does not take away from the ability of Citric Acid to also contribute a preservation effect.

77. When more than one method or ingredient has a preservative effect, each is a preservative because it acts as an obstacle to food degradation.[18]

78. For example, after the Product bottle is opened and touched by consumers, the citric acid can continue to provide some extended preservation after exposure to conditions outside the bottle due to their low pH and presence of preservative acids as stated earlier in the Declaration. Stirrings states to "Refrigerate after Opening", which is another hurdle to microbial growth. The addition of the Citric acid to lower the pH and affect microbial growth is also one of those hurdles.

79. Stirrings Cocktail Mixers also have added sugar and other soluble solids that can provide a lower water activity and higher Brix as another hurdle preservation effect. But the cirtic acid is still lowering the pH; and this affect of the acid is proving preservation of the Products. This includes bacteria that will come in contact after the bottle seal is broken and the Products are exposed to the external environment (bacteria are ubiquitous in the air); and

---

n; Lothar Leistner, *Basic Aspects of Food Preservation by Hurdle Technology*, Vol. 55, INTERNATIONAL JOURNAL OF FOOD MICROBIOLOGY, 181-186 (Apr. 10, 2000).

[18] Bae, Y-M. & S-Y. Lee, *Combined Effects of Organic Acids and Salt Depending on Type of Acids and Pathogens in Laboratory Media and Acidified Pickle*, 119(2), J. OF APPLIED MICROBIOLOGY, 455-464 (2015), Elisabeth G. Biesta-Peters, et al., *Comparing Nonsynergistic Gamma Models with Interaction Models to Predict Growth of Emetic Bacillus Cereus when Using Combinations of Ph and Individual Undissociated Acids as Growth-Limiting Factors*, Vol. 76(17), APPLIED AND ENVIRONMENTAL MICROBIOLOGY, 5791-5801 (Sept., 2010), https://www.researchgate.net/profile/Marcel-Zwietering/publication/45271734_Comparing_Nonsynergistic_Gamma_Models_with_Interaction_Models_To_Predict_Growth_of_Emetic_Bacillus_cereus_when_Using_Combinations_of_pH_and_Individual_Undissociated_Acids_as_Growth-Limiting_Factors/links/02e7e51e3d02ef2a1f000000/Comparing-Nonsynergistic-Gamma-Models-with-Interaction-Models-To-Predict-Growth-of-Emetic-Bacillus-cereus-when-Using-Combinations-of-pH-and-Individual-Undissociated-Acids-as-Growth-Limiting-Factors.pdf.

potential contamination with bacterial transfer from human contact—but when the bottle is not fully consumed after opening. This can allow the bacteria to potentially start to thrive and grow.

80. Additionally, the ability of these acids to permeate into the bacteria and disrupt the cell wall integrity of spoilage and pathogenic organisms is also contributing towards preservation.

81. In the case of Defendants' Cocktail Mixers Products, citric acid must be considered preservative under food design standards even if flavor was the primary or only consideration when they were included. Citric acid still contributes by lowering the pH in order to have a preservative effect -- even at lower levels, which include levels as low as 0.03% for citric acid and for lactic acid.[19]

82. This is because citric acid has the effect of protecting the Products from spoilage and staleness, and the potential hurdles attendant to the use of those ingredients that are always a consideration in food design and manufacturing.

83. Likewise, citric acid must be considered a preservative against microorganisms even if the package seal of the bottle on the Products is designed to keep out microorganisms or if other factors also work to retard spoilage (such as refrigeration after opening).

84. Citric acid infiltrates and weakens or kills organisms within these Products.

85. The citric acid still provides all these functions, regardless of whether they are mainly being used as flavorants or for any other purpose.

86. Citric acid still functions as preservative by direct antimicrobial effects, lowering pH, acting as sequestrant and acting as an indirect antioxidant.

---

[19] Bayan M. Abu-Ghazaleh, *Effects of Ascorbic Acid, Citric Acid, Lactic Acid, NaCl, Potassium Sorbate and Thymus Vulgaris Extract on Staphylococcus Aureus and Escherichia Coli*, Vol. 7(1) AFRICAN J. OF MICROBIOLOGY RESEARCH, p. 7-12, (Jan. 1, 2013).

87. Sequestration of metal ions by citric acid indirectly prevents oxidation of the product and impedes microbial growth, which are all additional preservation benefits of this acid.

88. All these effects occur in addition to the antimicrobial effects from reduced pH.

89. All these effects occur at lower amounts of citric acid (down to 0.03%) than would be required for any flavoring effects of citric acid (at 0.04% for citric acid).[20, 21] Accordingly, the preservative effects are well below sensory threshold levels for each acid.

### SUMMARY CONCLUSION

Citric acid is effective at reducing spoilage organisms and pathogens at levels well below the usage rate of these preservatives in the Stirrings Cocktail Mixers Products. Levels as low as 0.0Mar3% citric acid were confirmed to have an effect on reducing growth or stopping growth of spoilage and pathogenic microorganisms.[22] This is below the threshold (0.04%) for the sensory effect of only using enough Citric Acid "For Flavor".

Therefore, for the reasons stated herein, and based on my experience and education, citric acid in the Stirrings Cocktail Mixers Products is a are preservative-- and functions as such.

---

[20] *Id.*
[21] Paul L. Dawson, *Effect of Temperature on the Intensity of Basic Tastes: Sweet, Salty, and Sour*, Vol. 5(4), J. OF FOOD RESEARCH (June, 2016), https://www.researchgate.net/publication/304528846_Effect_of_Temperature_on_the_Intensity_of_Basic_Tastes_Sweet_Salty_and_Sour.
[22] Bayan M. Abu-Ghazaleh, *Effects of Ascorbic Acid, Citric Acid, Lactic Acid, NaCl, Potassium Sorbate and Thymus Vulgaris Extract on Staphylococcus Aureus and Escherichia Coli*, Vol. 7(1) AFRICAN JOURNAL OF MICROBIOLOGY RESEARCH, p. 7-12, (Jan. 1, 2013).

I declare under penalty of perjury of the that the foregoing is true and correct.

Date/Executed on:    March 3, 2025

Place:               Richboro, PA

_____                 _____
                                        Marc A. Meyers, Ph.D.