

**DORSEY**
DORSEY + WHITNEY LLP

**CREIGHTON R. MAGID**
**(202) 442-3555**
**magid.chip@dorsey.com**

June 9, 2025

**VIA ELECTRONIC FILING**

Hon. Ramon E. Reyes, Jr.
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

     **Re:**   *Rodriguez v. Sazerac Company, Inc. d/b/a Stirrings, 2:24-cv-08206*

Dear Judge Reyes:

This office represents the Defendant, Sazerac Company, Inc. ("Sazerac"), in the above-referenced matter. With the approval of counsel for Plaintiff, I write on behalf of both parties to request that Your Honor issue the following briefing schedule for Sazerac's motion to dismiss the Amended Complaint:

     Motion to dismiss due on July 3, 2025

     Opposition to motion to dismiss due on July 24, 2025

     Reply in support of motion to dismiss due on August 7, 2025

          Respectfully submitted,

          Creighton R. Magid

cc: All Counsel of Record (via ECF)