# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TERESA RODRIQUEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SAZERAC COMPANY, INC. D/B/A STIRRINGS,<br><br>Defendant, | CASE: 2:24-cv-08206 |

DECLARATION

OF

MARC MEYERS

July 20, 2025

**Responses to the July 3, 2025 Motion to Dismiss by Stirring's Counsel**

Entitled "DEFENDANT'S MEMORANDUM IN SUPPORT OF MOTION TO DISMISS"

## ASSIGNMENT

1. I have been tasked with replying to sections of the Motion to Dismiss Memorandum from the Defendant Stirring's Counsel, as follows:

Defendant's Rebuttal to my March 1, 2025 Declaration and its arguments related to miscalculations, misinterpretations of my references and the use of lime juice and heat treatment as the only preservation in the Stirring's beverages—even though they do contain and label citric acid as an additive, which is a preservative.

Below is a bullet-point summary of Defendant's statements related to my March 1, 2025 Declaration as they appear on pages 3 - 7 of the Motion to Dismiss. Below each is my response:

- *"the Amended Complaint fails to address whether the pH of Stirrings in the absence of added citric acid is sufficiently low that the added citric acid has no preservative effect."*

**RESPONSE:**

Regardless of the usage level, Citric Acid is defined by the FDA as a Preservative. Stirring's has this listed on their label while making claims of "No Preservative". Stirring's has not provided their formula, batching records or processing data which would include pH and titratable acidity. They have also not provided a comparison of their products with and without citric acid added. It has been stated by Stirring's Counsel that it is added as a pH modifier to reduce the pH and to make the product not only more sour—but also provide a safety factor against the growth of microorganisms. So, it is an antimicrobial and therefore, a preservative.

- *"As the ingredient list reproduced as Exhibit B to the Amended Complaint makes plain, the predominant ingredient in the exemplar Stirrings product after water is lime juice, which contains a high concentration of citric acid. Additionally, the Amended Complaint acknowledges that heat treatment provides significant preservative effects and concedes that Stirrings employs such heat treatment."*

**RESPONSE:**

As mentioned in my Declaration, many beverages use "Hurdle Technologies" to reduce safety risks. Lime juice is providing one of those hurdles as well as the heat treatment which is the required "kill step". If this was sufficient for the Stirring's formulation, they would not be adding citric acid as a stand alone ingredient. The would add in more lime juice. But that is not practical as it will affect the taste and cost of the finished product. You can reduce the pH and meet safety requirements set forth by their Processing Authority to reach pH and time/temperature heat processing to make their drinks shelf stable. Additionally, once the Stirring's product is opened and not totally consumed in one setting, it is exposed to additional microbial challenges and will require refrigeration and pH control—which is provided by the citric acid as a preservative effect. Some consumers may open the container and not drink all of it at once, consuming it days later. The pH control provided by the citric acid is a preservation effect.

- *"If the pH of Stirrings – particularly if combined with heat treatment – is sufficient to preserve the product without the addition of citric acid, the citric acid added to the product cannot, by definition, be a "preservative" in Stirrings."*

**RESPONSE:**

This is an untrue statement by the opposing Counsel. Citric Acid is a Preservative as well as other functions it provides such as tartness (acidity), chelation, etc. As mentioned above, it is

2

being used by Stirring's as a pH modifier and acidulant which are key functions of a preservative such as citric acid. Stirring's should provide their formulation, batching and process records as well as show a test vs. control of their products made without citric acid and provide the pH and titratable acidity results. It would show that the added citric acid is (as they do state) a pH modifier, reducing the pH to a range for not only taste, but for food safety and to meet their Process Authority required pH and other conditions.

- *"Additionally, the Amended Complaint acknowledges that there is a threshold concentration below which citric acid has no preservative effect. Am. Complaint Ex. D at ¶ 48 ("With enough citric acid," spoilage "can be prevented over and above the shelf life of a food product.") Yet the Amended Complaint contains no factual allegations regarding the amount of added citric acid in Stirrings products or whether the amount of citric acid in Stirrings products would, by itself, be sufficient to impart any preservative effect on the products."4*

**RESPONSE:**

Citric acid is a preservative and when included on the ingredient statement, it should be claimed as such. While the Defendant has not provided any data to show they are using Citric acid below the lowest detected level in the stated publications of about 0.03% level, a scientist knowing that sensory levels to first detect citric acid would be above this level and above 0.04% as per the provided publications in my Declaration. From firsthand development of beverages with added citric acid, the use level would be around 0.14% to get a pH of 3.2. This would be about 3.5-4.6 times higher than the minimum levels for preservation and sensory taste. Typical use levels of citric acid for fruit flavored drinks are clearly higher than these levels. Stirring's would need to provide their data as stated above to show what level they are using. If it is for taste, they are well above these minimum levels. If it is for pH modification, it is above these levels and by definition, being use for its preservative effects.

- *Footnote 4: "Rodriguez employs the Declaration of Marc Meyers in an attempt to address this shortcoming by suggesting that if the added citric acid in Stirrings is sufficient to add flavor to the product, it must also exceed the preservative threshold. Am. Complaint ¶¶ 30 – 31. However, a review of the references cited by Dr. Meyers reveals that Dr. Meyers has it backwards: his own sources demonstrate that citric acid imparts taste at concentrations far below the concentration required for a preservative effect. Dr. Meyers cites to an article suggesting that citric acid has a preservative effect at concentrations as low as 0.03%. Am. Complaint Ex. D at ¶ 52. He then cites to a different article to support his claim that participants cannot detect sourness in citric acid "until 0.04% was reached. Id. The cited article, however, says nothing about the minimum sensory threshold for citric acid; it concerns the effects of temperature on sensory intensity of sweet, salty, and sour flavors. See Dawson PL, et al., "Effect of Temperature on the Intensity of Basic Tastes: Sweet, Salty and Sour," J. Food Research, 5(4) (June 27, 2016) at 3. Moreover, the cited article includes a table indicating that persons can detect the flavoring effect of citric acid at a concentration of 0.4g in 1 liter of water – or 0.0004%. Id. The flavor sensory threshold for citric acid*

3

*is therefore far below the threshold for a preservative effect, meaning that citric acid can serve as a flavoring agent without acting as a preservative.*

**RESPONSE:**

Opposing Counsel has many inaccuracies in their statement above. The references provided in my Declaration indicate that Citric acid can have a preservation effect at 0.03%. Another publication as stated shows that a person can first detect the sourness and acidity of citric acid at 0.04%. So it is correct as stated in my Declaration. The Defendant's attempt at math is incorrect. If you are reporting 0.4 grams in 1 liter of water that is 0.4 grams in 1000 grams of water which gives you 0.0004 parts per thousand. You have to move the decimal place over two spots to get this in parts per hundred—which would be 0.04 parts per hundred or 0.04 percent (0.04%). So, the Defendant's statements (as well as their math) are incorrect and citric acid can preserve a liquid and beverage below the minimum level that consumers can detect the taste of citric acid. So, citric acid remains a preservative in the Stirring's beverage products.

## SUMMARY CONCLUSION

As stated in my March 1, 2025 Declaration, Citric acid is effective at reducing spoilage organisms and pathogens at levels well below the usage rate of these preservatives in the Stirrings Cocktail Mixers Products. Levels as low as 0.03% citric acid were confirmed to have an effect on reducing growth or stopping growth of spoilage and pathogenic microorganisms.[1] This is below the threshold (0.04%) for the sensory effect of only using enough Citric Acid "For Flavor".

Therefore, for the reasons stated herein, and based on my experience and education, citric acid in the Stirrings Cocktail Mixers Products is a preservative-- and functions as such. Defendants Counsel's rebuttal in their July 3, 2025 Motion to Dismiss are not arguments that they can substantiate without first providing the Plantiff detailed formulations, batch records, processing records and their FDA Process Authority Letter requirements for pH and thermal time/temperature ("kill step") to ensure preservation and shelf stable stability of their beverages. Defendant also miscalculated, and has drawn inaccurate arguments to my March 1, 2025 Declaration. Regardless, the FDA has defined citric acid as a "Preservative" as outlined in my March 1, 2025 Declaration. So, the citric acid being present (at any level), the fact that it is included on the many different Stirring's Cocktail Mixers "Ingredient Listing" all lead to one conclusion that the all the Stirring's beverages in the Complaint are mislabeled as "No Preservatives".

I declare under penalty of perjury of that the foregoing is true and correct.

Date/Executed on: July 21, 2025

Place: Richboro, PA

Marc A. Meyers, Ph.D.