**DISCOVERY PLAN WORKSHEET**
**Phase I (Pre-Settlement Discovery)**

| | |
|---|---|
| Deadline for completion of Rule 26(a) initial disclosures and HIPAA-compliant records authorizations: | January 15, 2027 |
| Completion date for Phase I Discovery as agreed upon by the parties: | January 15, 2027 |
| Date for Initial Settlement Conference: | February 10, 2027 |

**Phase II Discovery and Motion Practice**

| | |
|---|---|
| Motion to join new parties or amend the pleadings: | February 26, 2027 |
| First requests for production of documents and for interrogatories due by: | March 19, 2027 |
| All fact discovery completed by: | August 20, 2027 |
| Exchange of expert reports completed (by Plaintiff): | October 1, 2027 |
| Exchange of expert reports completed (by Defendant): | January 10, 2028 |
| Exchange of expert reports completed (Rebuttal): | March 10, 2028 |
| Expert depositions completed by: | April 12, 2028 |
| **COMPLETION OF ALL DISCOVERY BY:** | May 1, 2028 |
| Final date to take first step in dispositive motion practice: | June 2, 2028 |
| Do the parties wish to be referred to the EDNY's mediation program pursuant to Local Rule 83.8? | YES |