# CIVIL MINUTE ENTRY

| | |
|---|---|
| BEFORE: | Magistrate Judge Steven L. Tiscione |
| DATE: | November 3, 2026 |
| TIME: | 10:30 a.m. |
| DOCKET NUMBER(S): | 24cv8206-RER-ST |
| NAME OF CASE(S): | Rodriguez v. Sazerac Company, Inc. |
| FOR PLAINTIFF(S): | Gabrielli |
| FOR DEFENDANT(S): | Magid, McNeely |
| NEXT CONFERENCE(S): | |
| FTR/COURT REPORTER: | Not Recorded, |

RULINGS FROM Initial Conference :

The Court sets the following discovery deadlines:

Deadline for completion of Rule 26(a) initial disclosures - 1/15/27;

Completion of Phase I discovery - 1/15/27;

Deadline for motions to join new parties or amend pleadings - 2/26/27;

First requests for production of documents and interrogatories due by - 3/19/27;

All fact discovery to be completed by 8/20/27;

Exchange of Plaintiff expert reports - 10/1/27;

Exchange of Defendant expert reports - 1/10/28;

Exchange of rebuttal expert reports - 3/10/28;

Expert depositions completed by - 4/12/28;

All discovery completed by - 5/1/28;

Final date to take first step in dispositive motion practice - 6/2/28.

At the request of the parties, this case is referred to the Court-Annexed Mediation Program pursuant to Local Rule 83.8. Mediator to be selected by November 17, 2026 and counsel shall electronically file their selection of Mediator with the Court by November 24, 2026. Mediation shall be completed by February 5, 2027. Parties shall file a joint status report by February 12, 2027.